IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Mag. No. 06- 141M (MPT) |
| ) | |
| ) | [D. Md. Crim. Act. No. AMD-01-34] |
| ) | |
| ANWAR JAMES, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR DETENTION

**NOW COMES** the United States and moves for the detention of the defendant, ANWAR JAMES, pursuant to 18 U.S.C. § 3143(a) and Federal Rule of Criminal Procedure 46, pending a hearing on a motion for revocation of the defendant's release pending sentencing. In support of the motion, the United States alleges that the defendant poses a risk of flight and a danger to the community and cannot meet his burden of proving, by clear and convincing evidence, that he is not likely to pose a risk of flight or a danger to the community if released.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Christopher J. Burke
Assistant United States Attorney

Dated: November 17, 2006