OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

November 27, 2006

United States District Court
Attn: Clerk of Court
4415 Edward A. Garmatz Federal
Bldg and United States Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

NOV 29 2006

Re: USA v. James
Case Number: 06-141M (MPT)
Charging District Case Number: AMD 01-034

Dear Clerk:

Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

*Evette Watson*

E. Evette Watson
Deputy Clerk

eew
enclosure

I hereby acknowledge receipt of the record in the above referenced case on ___11/29/06___.
(date)

_Mary C. Boyle_
Signature

_Docket Clerk_
Title